AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RONALD J. ALLISON,

                        Plaintiff,

v.

NEVADA DISTRICT COURTS, et al.,

                        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00333-GMN-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendants and against Plaintiff dismissing this case without prejudice.

6/22/2022
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk